Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Boulevard, Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 735-3800
Email: jgong@gonglawfirm.com

Attorney for Plaintiff
BEHRUZ BONSHAHI, an individual

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRUZ BONSHAHI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SIDE GATE VENTURES LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-06588-JCS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION**<br><br>[Fed. R. Civ. P. 41(a)(1)] |

Plaintiff  Behruz Bonshahi, by and through his counsel of record, hereby voluntarily dismisses the above-referenced action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated:  November 15, 2024

LAW OFFICE OF JASON G. GONG
*A Professional Corporation*

*/s/ Jason G. Gong*

By: _____
JASON G. GONG
Attorney for Plaintiff
BEHRUZ BONSHAHI

*Bonshahi v. Side Gate Ventures LLC, et al.,* Case No. 3:24-cv-06588-JCS
Plaintiff's Notice of Voluntary Dismissal of Action

1